Sol Barish v. Edbro Realty Co., Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

John R. Ditmars, Jr., v. Adrian W. Renz, Impleaded with Midtown Bank of New York.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ

Pauline Schwartz v. Cyd Bettelheim, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

Angeline Wyman v. Park-Lexington Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

Florindo S. Polo v. International Germanic Trust Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Election of Officers and Directors of Allied Fruit & Extract Company, Inc. David Alterman.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Henry W. Mumm for an Order of Certiorari Directed to Thomas W. Whittle and William Bowne Parsons, Composing the Board of of Assessors of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Fuller Blade Co., Inc., v. Blu Strike Safety Razor Blade Co., Inc., and Others, Impleaded with Howard G. Strauss.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

George Robertson v. John Ringling and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

Joseph H. Reif, as Trustee for the Benefit of Creditors of Shongood, Hart Co., Inc., in Bankruptcy, v. Equitable Life Assurance Society of the United States.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Liquidator of Southern Surety Company of New York, v. Albert Marinelli, Clerk of the County of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ. [See ante, p. 7.]

Edward A. Minazzoli v. Mary Barnwell.— Motion granted, order reversed, with twenty dollars costs and disbursements to the appellant, and the motion to vacate service of summons and complaint and to dismiss action, granted. (See Sheehy v. Madison Square Garden Corporation, 266 N. Y. 44.) Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

Blanche R. Jothann and Another, Respondents, v. Irving Trust Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ. [151 Misc. 107.]